IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

v.                                              NO.  4:01-CR-46-001(CDL)

**MORRIS CAREY JENKINS**

## ORDER

On February 5, 2026, a *Request for Summons and Modification of the Conditions or Term of Supervision* (ECF Doc. No. 77) was filed with the Court requesting that the conditions of supervision be modified for the above-named individual. The modifications included:

- You shall participate in a mental health treatment program, to include inpatient treatment, if necessary, and comply with the treatment regimen of your mental health provider. The U.S. Probation Office shall administratively supervise your participation in the program by approving the program and monitoring your participation in the program. You shall contribute to the costs of such treatment not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

- You must take all mental health medications that are prescribed by your treating physician.

- You shall submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

On February 11, 2026, Jenkins appeared for a hearing before the Court. Upon good and sufficient cause shown to the Court, the Court orally ordered at the hearing that the conditions of supervision be modified as reflected above.   Today's order reduces that oral order to writing.

**SO ORDERED**, this 13th day of February, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA